United States District Court
Southern District of Texas
**ENTERED**
November 01, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DATTA DOUGHERTY, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 4:19-CV-3408 |
| | § | |
| US BANK AND TRUST NATIONAL | § | |
| ASSOCIATION, *et al*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

Plaintiff has repeatedly telephoned chambers and also submitted a letter which bears no indication that it was also submitted to Defendant.

The Court remains of the view that Plaintiff likely has no standing to pursue this case. However, even if Plaintiff does have standing, he has failed to adduce any reason that the scheduled foreclosure sale on the subject property should be enjoined or continued.

Plaintiff is **ORDERED** not to telephone chambers again, and to ensure that all written communications to the court are simultaneously provided to Defendant.

Plaintiff's requested relief is **DENIED.**

**IT IS SO ORDERED.**

SIGNED this 1st day of November, 2019.

KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE